**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Civil Action No.: 3:24-cv-00382-KDB-SCR**

| | |
|---|---|
| JULIE ROBERTS and JUDITH SIGMON, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY (d/b/a ATRIUM HEALTH),<br><br>Defendant. | **DECLARATION OF LAKESHA HOLLOWAY** |

Pursuant to 28 U.S.C. § 1746, the undersigned, Lakesha Holloway, states as follows:

1. I am an adult citizen and resident of Union County, North Carolina, suffer no legal disabilities, and have personal knowledge of the facts set forth below.

2. I graduated from the University of South Carolina in 2001 with a Bachelor of Science degree in Management Sciences. I graduated from the University of Maryland with a Master of Science degree in Marketing Management in 2007. I graduated from Full Sail University with a Master of Science degree in Internet Marketing in 2011. I have spent much of my career working in Digital Marketing, and specifically Customer Relationship Management ("**CRM**"). CRM is the label for the area of an organization's marketing and consumer experience group that oversees, analyzes, and manages the organization's interactions with its

customers. Often, CRM includes overseeing, analyzing, and managing how an organization's customers interact with an organization's websites.

3. I have been working for The Charlotte-Mecklenburg Hospital Authority ("**CMHA**") since 2019. Since 2021, I have served as the Enterprise Digital Director at CMHA. In my role, I oversee a team of individuals that work on CRM, website operations, and digital product development, including the consumer provider directory, for CMHA. My team helps to optimize communication strategies and enhance user experiences for CMHA's patients and consumers, including with CMHA's websites. My team also works with third-party marketing vendors to increase awareness of CMHA's brand and facilities.

4. It is my understanding that CMHA's principal office, principal place of business, and headquarters are all located in Charlotte, North Carolina.

5. Prior to June 2022, my team used analytics and data to understand consumer interactions with CMHA's website domain, atriumhealth.org (the "**Website**"). The Website is the primary Internet resource for individuals who are seeking information about health care services available from CMHA. The Website includes, among other things, detailed information about individual CMHA providers as well as specifics about the services available at health care facilities operated by CMHA.

6. The Website includes a link to a patient portal titled MyAtriumHealth (the "**Patient Portal**"). Individuals may use the Patient Portal to access their health records.

7. Based on my experience with the Website and marketing efforts for CMHA, it is my belief that an overwhelming portion of the CMHA health care facilities and providers for which information is available on the Website are located in North Carolina. Although it would be difficult to quantify the proportion of CMHA facilities in North Carolina, the Website's "Find A Location" tab identifies hundreds of locations where CMHA offers health care services, but only approximately 30 locations outside of North Carolina (in South Carolina). Many of CMHA's largest facilities, such as acute care hospitals, are located in Charlotte, North Carolina and surrounding North Carolina counties.

8. Generally speaking, it is my experience that individuals who visit the Website typically are located in close proximity to CMHA locations, which are overwhelmingly located in North Carolina. There are likely many reasons for this, including that, in my experience, most individuals arrive at the Website by using Internet search engines, and results from those search engines likely provide links to websites for health care facilities near where the individual is located.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 18, 2024.

Lakesha Holloway