**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Civil Action No.: 3:24-cv-00382-KDB-SCR**

| | |
|---|---|
| JULIE ROBERTS and JUDITH SIGMON, *individually and on behalf of all others similarly situated,*<br><br>Plaintiffs,<br><br>vs.<br><br>THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY (d/b/a ATRIUM HEALTH),<br><br>Defendant. | **DECLARATION OF MARK RHODES** |

Pursuant to 28 U.S.C. § 1746, the undersigned, Mark Rhodes, states as follows:

1. I am an adult citizen and resident of Union County, North Carolina, suffer no legal disabilities, and have personal knowledge of the facts set forth below.

2. I graduated from Appalachian State University in 1990 with a Bachelor of Science degree in Business Administration, and with an area of concentration in Information Systems. I have spent much of my career working in Information Technology (IT) services.

3. I have been working at The Charlotte-Mecklenburg Hospital Authority (**"CMHA"**) since March 2008. At that time, I was hired to be a Director of Information and Analytics Services at CMHA. Since 2023, I have served as an Associate Vice President of Information Technology. I am part of a team of individuals who provide CMHA and affiliates with information and analytics

services. Our team provides a variety of technology-related functions, from managing in-house technology, servers, and networks, to managing software applications and various technology interfaces. Our team is also involved in maintaining CMHA's consumer- and patient-facing websites.

4. CMHA's primary website domain is atriumhealth.org (the "**Website**"). The Website includes information about health care facilities operated by CMHA, health care providers that provide services, and numerous other topics and information related to these services.

5. The Website also includes a link to a patient portal titled MyAtriumHealth (the "**Patient Portal**"). The Patient Portal allows users to access information about their medical care and to communicate with their doctors.

6. In connection with preparing this declaration, our team was asked whether CMHA has information from which the locations of individuals who use the Website or the Patient Portal could be determined.

7. To my knowledge, CMHA does not currently use analytics to track the locations of the individuals who may visit the Website.

8. CMHA maintains information that shows the reported address (including street address, city, state, zip, and country) of individuals who have established a Patient Portal account. When an individual creates a Patient Portal account to receive health care services from CMHA, the individual is asked to provide their address.

9. I have reviewed information that members of our team collected that reflects the addresses of individuals who created Patient Portal accounts. The information our team collected shows that 2,686,902 individuals had created a Patient Portal account as of approximately April 10, 2024. Of that number, 2,120,765 accountholders (approximately **79%**) provided an address located in North Carolina. The addresses of other accountholders are dispersed among all of the remaining 49 states in the United States, as well as in several other jurisdictions outside of the United States. The next most represented state listed among Patient Portal accountholders is South Carolina, where approximately 270,000 accountholders say they reside.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 19, 2024.

Mark Rhodes