**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| JULIE ROBERTS AND JUDITH SIGMON, *individually and on behalf of all others similarly situated,*<br>Plaintiffs,<br>v.<br>THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY (d/b/a ATRIUM HEALTH),<br>Defendant. | Case No. 3:24-cv-00382-KDB-SCR |

**PLAINTIFFS' MOTION TO APPOINT INTERIM CO-LEAD AND LIAISON COUNSEL**

Plaintiffs Julie Roberts and Judith Sigmon ("Plaintiffs"), move for entry of an Order appointing David Almeida of Almeida Law Group and Brandon Wise of Peiffer Wolf Carr Kane Conway & Wise, LLP as Interim Co-Lead Counsel, and David Wilkerson of The Van Winkle Law Firm as Liaison Counsel.

Plaintiff's counsel consulted with Defendant's counsel on this Motion. The Defendant opposes the Motion.

Dated: December 11, 2024

By: *s/ David M. Wilkerson*

David M. Wilkerson, N.C. Bar No. 35742
Attorney for Plaintiffs
The Van Winkle Law Firm
11 N. Market Street
Asheville, NC 28801
(828) 258-2991
dwilkerson@vwlawfirm.com

**PEIFFER WOLF CARR**
**KANE CONWAY & WISE, LLP**

Brandon M. Wise
IL Bar # 6319580*
One US Bank Plaza, Suite 1950
St. Louis, MO 63101
Ph: (314) 833-4825
bwise@peifferwolf.com

Andrew R. Tate
GA Bar # 518068*
235 Peachtree St. NE, Suite 400
Atlanta, GA 30303
Ph: 404-282-4806
atate@peifferwolf.com

**ALMEIDA LAW GROUP LLC**

David S. Almeida
NY Bar # 3056520*
Britany Kabakov
IL Bar # 6336126*
849 W. Webster Avenue
Chicago, Illinois 60614
Ph: (312) 576-3024
david@almeidalawgroup.com
britany@almeidalawgroup.com

**pro hac vice*

*Counsel for Plaintiff & the Proposed Class*