**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:24-CV-00382-KDB-SCR**

| | |
|---|---|
| **JULIE ROBERTS, AND JUDITH SIGMON,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**CHARLOTTE MECKLENBURG HOSPITAL AUTHORITY,**<br><br>**Defendant.** | **ORDER** |

On April 10, 2024, Plaintiffs filed a proposed putative class action alleging Defendant used certain tracking tools to collect patients' personally identifiable information ("PII") and protected health information ("PHI"), which was simultaneously shared with unauthorized third parties. This matter is now before the Court on Plaintiffs' Motion to Appoint Interim Co-Lead and Liaison Counsel (the "Motion") (Doc. No. 46). Defendant opposes the Motion as premature and unnecessary. (*See* Doc. No. 47).

This Court may designate interim counsel to act on behalf of a putative class before determining whether to certify the action as a class action. *See* Fed. R. Civ. P. 23(g)(3). Further, "[i]nterim class counsel might be appropriate," *Levey v. Concesionaria Vuela Compania de Aviacion, S.A.P.I. de C.V.*, 529 F. Supp. 3d 856, 866 (N.D. Ill. 2021), where "overlapping, duplicative, or competing class suits are pending before a court, so that appointment of interim counsel is necessary to protect the interests of class members." *Moehrl v. Nat'l Ass'n of Realtors*, No. 19-CV-01610, 2020 WL 5260511, at *1 (N.D. Ill. May 30, 2020) (quoting *Bartling v. Apple Inc.*, No. 5:18-CV-00147-EJD, 2018 WL 4804735, at *1 (N.D. Cal. Apr. 27, 2018)). *See also*

*Donaldson v. Pharmacia Pension Plan*, No. CIV. 06-3-GPM, 2006 WL 1308582, at *1 (S.D. Ill. May 10, 2006) (noting that generally, courts find interim counsel necessary only "where a large number of putative class actions have been consolidated or otherwise are pending in a single court.").

Currently, there are no overlapping, duplicative, or competing class suits pending before this Court, thus appointment of interim class counsel is premature. Accordingly, the Court will DENY the Motion without prejudice.

**NOW THEREFORE IT IS ORDERED THAT:**

1. Plaintiff's Motion to Appoint Interim Co-Lead and Liaison Counsel (Doc. No. 46) is **DENIED** without prejudice as premature.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: December 18, 2024

Kenneth D. Bell
United States District Judge