**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| JULIE ROBERTS AND JUDITH SIGMON, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY (d/b/a ATRIUM HEALTH),<br><br>Defendant. | Case No. 3:24-cv-00382-KDB-SCR |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**
**IN FURTHER SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiffs Julie Roberts and Judith Sigmon ("Plaintiffs") respectfully submit this Notice of Supplemental Authority to advise this Court that after Plaintiffs filed their Memorandum of Law in Opposition to Motion to Dismiss Third Amended Complaint Pursuant to Fed. R. Civ. P. 12(B)(1) and Partial Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(B)(6) on September 26, 2024 (ECF No. 43, the "Opposition Brief"), Charlotte-Mecklenburg Hospital Authority d/b/a Atrium Health's ("Defendant") then provided notice on its website to affected persons of a privacy matter impacting Plaintiffs and the putative class members.

As argued in the Opposition Brief, Defendant maintains a Patient Portal that Plaintiffs used to review, among other things, their medical records and doctor's notes. *Id*. at 10-11. Plaintiffs reasonably expected that their communications with Defendant via its Patient Portal were confidential, solely between themselves and Defendant and that such communications would not be transmitted to or intercepted by a third party. *Id.* Nevertheless, Defendant recently posted the following Notice of a Privacy Matter on its website homepage confirming that it did install tracking

technologies in its Patient Portal.

> We recently learned that online tracking technologies used on the MyAtriumHealth patient portal available through both the my.atriumhealth.org website and mobile application from January 2015 to July 2019 may have transmitted users' personal information covered by HIPAA to third-party vendors, such as Google and Facebook (now Meta). These technologies were disabled or removed in 2019 and we are taking appropriate action to ensure this does not happen again.[1]

The complete Notice of a Privacy Matter is attached as Exhibit A.

DATED: January 23, 2025

Respectfully submitted,

/s/ *David S. Almeida*
David S. Almeida
NY Bar # 3056520*
**ALMEIDA LAW GROUP LLC**
Britany Kabakov
IL Bar # 6336126*
849 W. Webster Avenue
Chicago, Illinois 60614
Ph: (708) 437-6476
david@almeidalawgroup.com
britany@almeidalawgroup.com

**THE VAN WINKLE LAW FIRM**
David M. Wilkerson
11 N. Market Street
Ashville, NC 28801
(828) 258-2991
dwilkerson@vwlawfirm.com

**PEIFFER WOLF CARR**
**KANE CONWAY & WISE, LLP**

Brandon M. Wise
IL Bar # 6319580*
One US Bank Plaza, Suite 1950
St. Louis, MO 63101
Ph: (314) 833-4825
bwise@peifferwolf.com

[1] *See* https://atriumhealth.org/ (last visited Jan. 23, 2025).

Andrew R. Tate
GA Bar # 518068*
235 Peachtree St. NE, Suite 400
Atlanta, GA 30303
Ph: 404-282-4806
atate@peifferwolf.com

**pro hac vice*

*Counsel for Plaintiff & the Proposed Class*

**CERTIFICATE OF SERVICE**

I certify that on January 23, 2025, I electronically served the foregoing on all counsel of record via the Court's CM/ECF system.

/s/ *David S. Almeida*
David S. Almeida