# United States District Court
# Western District of North Carolina
# Charlotte Division

|  |  |  |
|---|---|---|
| Julie Roberts<br>Judith Sigmon**,** | ) | JUDGMENT IN CASE |
|  | ) |  |
| Plaintiff(s), | ) | 3:24-cv-00382-KDB-SCR |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| Charlotte Mecklenburg Hospital Authority<br>Atrium Health, Inc.**,** | ) |  |
|  | ) |  |
| Defendant(s). | ) |  |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 20, 2025 Order.

March 20, 2025

_____
Katherine Hord Simon, Clerk
United States District Court