UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JULIE ROBERTS AND JUDITH SIGMON, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY (d/b/a ATRIUM HEALTH),<br><br>Defendant. | Case No. 3:24-cv-00382-KDB-SCR |

## PLAINTIFFS' NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Plaintiffs Julie Roberts and Judith Sigmon, individually and on behalf of all others similarly situated, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Court Orders dated March 20, 2025 (ECF Nos. 50 & 51).

DATED: April 17, 2025

Respectfully submitted,

/s/ *David S. Almeida*
David S. Almeida
NY Bar # 3056520*
**ALMEIDA LAW GROUP LLC**
Britany Kabakov
IL Bar # 6336126*
849 W. Webster Avenue
Chicago, Illinois 60614
(708) 437-6476
david@almeidalawgroup.com
britany@almeidalawgroup.com

**THE VAN WINKLE LAW FIRM**
David M. Wilkerson
11 N. Market Street
Ashville, NC 28801
(828) 258-2991
dwilkerson@vwlawfirm.com

**PEIFFER WOLF CARR
KANE CONWAY & WISE, LLP**

Brandon M. Wise
IL Bar # 6319580*
One US Bank Plaza, Suite 1950
St. Louis, MO 63101
Ph: (314) 833-4825
bwise@peifferwolf.com

Andrew R. Tate
GA Bar # 518068*
235 Peachtree St. NE, Suite 400
Atlanta, GA 30303
Ph: 404-282-4806
atate@peifferwolf.com

*pro hac vice*

*Counsel for Plaintiff & the Proposed Class*

**CERTIFICATE OF SERVICE**

I certify that on April 17, 2025, I electronically served the foregoing on all counsel of record via the Court's CM/ECF system.

/s/ *David S. Almeida*
David S. Almeida