# APPEAL TRANSMITTAL SHEET (non-death penalty)

| Transmittal to 4CCA of notice of appeal filed: 04/17/25 | District: | District Case No.: |
|---|---|---|
| | Western District of North Carolina | 3:24-cv-00382-KDB-SCR |
| ✓ First NOA in Case | Division: | 4CCA No(s). for any prior NOA: |
| ___ Subsequent NOA-same party | Charlotte | |
| ___ Subsequent NOA-new party | | 4CCA Case Manager: |
| ___ Subsequent NOA-cross appeal | Caption: | |
| ___ Paper ROA ___ Paper Supp. | Roberts et al v. Atrium Health, Inc. | |
| Vols: _____ | | |
| Other: . | | |

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other _____

| **Confinement**-Criminal Case**:** | **Fee Status:** |
|---|---|
| ___ Death row-use DP Transmittal | ___ No fee required (USA appeal)   ✓ Appeal fees paid in full   ___ Fee not paid |
| ___ Recalcitrant witness | **Criminal Cases:** |
| ___ In custody | ___ District court granted & did not revoke CJA status (continues on appeal) |
| ___ On bond | ___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA) |
| ___ On probation | ___ District court never granted CJA status (must pay fee or apply to 4CCA) |
| **Defendant Address**-Criminal Case**:** | **Civil, Habeas & 2255 Cases:** |
| | ___ Court granted & did not revoke IFP status (continues on appeal) |
| | ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA) |
| | ___ Court never granted IFP status (must pay fee or apply to 4CCA) |
| **District Judge:** | **PLRA Cases**: |
| Kenneth D. Bell | ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA) |
| | ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| **Court Reporter** (list all): | **Sealed Status** (check all that apply)**:** |
| | ✓ Portions of record under seal |
| | ____ Entire record under seal |
| | ____ Party names under seal |
| | ____ Docket under seal |
| **Coordinator**: Tammy Hightower | |

| **Record Status for Pro Se Appeals** (check any applicable)**:** | **Record Status for Counseled Appeals** (check any applicable)**:** |
|---|---|
| ___ Assembled electronic record available upon request | ✓ Assembled electronic record available upon request |
| ___ Additional sealed record available upon request | ___ Additional sealed record available upon request |
| ___ Paper record or supplement available upon request | ___ Paper record or supplement available upon request |
| ___ No in-court hearings held | ✓ No in-court hearings held |
| ___ In-court hearings held – all transcript on file | ___ In-court hearings held – all transcript on file |
| ___ In-court hearings held – all transcript not on file | ___ In-court hearings held – all transcript not on file |
| ___ Other: | ___ Other: |

Deputy Clerk: M. Kirk _____ Phone: 704-350-7406 _____ Date: 04/18/25 _____

10/2022