FILED: April 21, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1420
(3:24-cv-00382-KDB-SCR)

_____

JULIE ROBERTS, individually and on behalf of all others similarly situated; JUDITH SIGMON, individually and on behalf of all others similarly situated

       Plaintiffs - Appellants

v.

CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY, d/b/a Atrium Health

       Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Charlotte |
| Originating Case Number | 3:24-cv-00382-KDB-SCR |
| Date notice of appeal filed in originating court: | 04/17/2025 |
| Appellant(s) | Julie Roberts and Judith Sigmon |
| Appellate Case Number | 25-1420 |
| Case Manager | Ganna M. Aboutabl<br>804-916-2702 |